IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD MANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09CV483 |
| | ) | |
| NORTH CAROLINA AGRICULTURAL | ) | |
| AND TECHNICAL STATE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| | ) | |
| RICHARD MANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07CV867 |
| | ) | |
| NORTH CAROLINA A&T STATE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before this court for review of the Memorandum Opinion and Recommendation ("Report") filed on August 10, 2010, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). In the Report, the Magistrate Judge recommends that Defendant's motions for summary judgment (1:09CV483, Doc. 19; 1:07CV867, Doc. 38) be denied. The Report was served on the parties to this action on August 10, 2010. Plaintiff filed timely objections (1:09CV483, Doc. 26; 1:07CV867, Doc. 43) to the Report.

This court is required to "make a de novo determination of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. . . . or recommit the matter to the Magistrate Judge with instructions." Id.

This court has appropriately reviewed the portions of the Report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Report. This court therefore adopts the Report.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and recommendation (1:09CV483, Doc. 23; 1:07CV867, Doc. 40) is ADOPTED.

IT IS FURTHER ORDERED that Defendant's motions for summary judgment (1:09CV483, Doc. 19; 1:07CV867, Doc. 38) are GRANTED. A judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of October 2010.

/s/ William L. Osteen, Jr.
United States District Judge